**S**ILVERMAN**A**CAMPORA **LLP**
Attorneys for Debra Kramer, Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

HEMUS TRAVEL INC.,

        Debtor.
---------------------------------------------------------------x
DEBRA KRAMER, as Chapter 7 Trustee
Of the Estate of Hemus Travel Inc.,

        Plaintiff,

    -against-

ADAM TRAVEL,

        Defendant.
---------------------------------------------------------------x

Chapter 7
Case No. 07-44480 (ESS)

Adv. Pro. No.: 09-01335 (ESS)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU    )

    I, **GINA MARIA DAMOULIS,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Silverman Acampora LLP

    On September 12, 2011, I served the:

- **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS; AND**

- **PLAINTIFF'S FIRST REQUEST FOR ADMISSION.**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

GMD/989344.1/057466

**TO:** **<u>Defendant's Counsel</u>**
Law Office of Chris Mills, PC
116 West 23rd Street, Suite 5-87
New York, New York 10011
Attention: Chris Mills, Esq.

                                                                             s/ Gina Maria Damoulis
                                                                                 **GINA MARIA DAMOULIS**

Sworn to before me this
13th day of September 2011

s/ Randy J. Schaefer
_____
Randy J. Schaefer
Notary Public, State of New York
No. 02SC5007141
Qualified in Suffolk County
Commission Expires January 19, 2015